UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RICARDO P. HERRERA, | ) | |
| Plaintiff, | ) ) ) | CV. 05-0741-KI |
| v. | ) ) | |
| JOANNE BARNHART, Commissioner of Social Security, | ) ) ) | ORDER AWARDING EAJA ATTORNEY FEES AND COSTS |
| Defendant. | ) ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3606.27 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and that costs in the amount of $250.00 shall be awarded to Plaintiff's attorney pursuant to 28 U.S.C. § 1920. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 15 day of May, 2006.

_____
United States District Judge

PRESENTED BY:
_____
MAX RAE, OSB #81344
(503) 363-5424
Attorney for Plaintiff, Ricardo P. Herrera

Page 1 –    ORDER AWARDING EAJA ATTORNEY FEES AND COSTS –
            HERRERA v. BARNHART, CV 05-0741-KI